# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| THOMAS R. HESSE,<br><br>    Petitioner,<br><br>vs.<br><br>DEBRA DEXTER, Warden,<br><br>    Respondent. | Case No. CV 08-199-DDP (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that a Judgment be entered dismssing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

///
///
///
///

1     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 this Order and the Judgment of this date on petitioner.

4 DATED: June 9, 2009

_____/s/_____
DEAN D. PREGERSON
United States District Judge